```
Invol_Credit        $0.00
WagesSalaries       $0.00
EmployBenes         $0.00
FarmFish            $0.00
Deposits            $0.00
Divorce             $0.00
Government          $0.00
FDICCommit          $0.00
Total               $    0.00
```